UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

RECEIVED
USDC CLERK, GREENVILLE, SC
2008 MAY -6  P 2: 42

| | |
|---|---|
| William Bonner, | C/A No.: 8:07-cv-1498-GRA-BH |
| Petitioner, | |
| v. | ORDER (Written Opinion) |
| Mildred L. Rivera, Warden FCI-Estill, | |
| Respondent. | |

This matter comes before the Court on the petitioner's motion for reconsideration, or alternatively, for relief from judgment or order, filed March 24, 2008. Petitioner asks this Court to reconsider or amend its February 29, 2008 Order. However, on April 28, 2008, the petitioner filed a notice of appeal with the Fourth Circuit of Appeals, appealing this Court's February 29, 2008 Order.

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Petitioner is appealing the same Order that he asks this Court to reconsider or amend. Therefore, this Court is without jurisdiction to reconsider or amend its February 29, 2008 Order.

IT IS THEREFORE SO ORDERED THAT the petitioner's motion for reconsideration, or alternatively, for relief from judgment or order, be DENIED.

IT IS SO ORDERED.

*William W. Wilkins*
The Honorable William W. Wilkins
Sitting by Designation

May 5, 2008
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Petitioner has the right to appeal this Order within sixty (60) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**